UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **ROBERT GORDON LOCKWOOD** | **CIVIL ACTION NO. 1:23-1129 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **WARDEN MCCONNELL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 12), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 10) is DENIED and DISMISSED WITHOUT PREJUDICE.

THUS DONE AND SIGNED in Chambers on this 19th day of March, 2024.

_____
**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**